**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lisa Jensen, et al., | ) | No. CV 11-8165-PCT-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| EMC Mortgage Corporation, Quality Loan | ) | |
| Service Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7ᵗʰ Cir. 2003). In this case, the Complaint pleads jurisdiction based on 28 U.S.C. § 1332, which is diversity. However, the Complaint fails to adequately allege the citizenship of the parties such that this Court can independently assess its jurisdiction.

Specifically, both Defendants (one is now dismissed) are corporations; thus they are citizens of their states of incorporation and its principal places of business. *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010). While Plaintiff pleaded a principal place of business for each Defendant, it failed to plead a state of incorporation. Because Plaintiff failed to plead either state of incorporation, Plaintiff failed to allege diversity jurisdiction. Therefore,

**IT IS ORDERED** that by December 19, 2011, Plaintiff shall file an amended complaint properly alleging federal subject matter jurisdiction or this case will be dismissed,

1    without prejudice.

2        DATED this 23rd day of November, 2011.

3

4    _____

5                    James A. Teilborg
                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28