1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Lisa Jensen, et al.,                    )    No. CV 11-8165-PCT-JAT
                                             )
10            Plaintiff,                      )    **ORDER**
                                             )
11   vs.                                     )
                                             )
12                                           )
     EMC Mortgage LLC,                       )
13                                           )
              Defendants.                    )
14                                           )
                                             )
15   _____)

16        On November 23, 2011, the Court issued the following Order

17              "Inquiring whether the court has jurisdiction is a federal judge's first duty
          in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*,
18        350 F.3d 691, 693 (7th Cir. 2003).  In this case, the Complaint pleads
          jurisdiction based on 28 U.S.C. § 1332, which is diversity.  However, the
19        Complaint fails to adequately allege the citizenship of the parties such that this
          Court can independently assess its jurisdiction.
20              Specifically, both Defendants (one is now dismissed) are corporations;
          thus they are citizens of their states of incorporation and its principal places of
21        business. *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192; - - - U.S. - - - (2010).
          While Plaintiff pleaded a principal place of business for each Defendant, it
22        failed to plead a state of incorporation.  Because Plaintiff failed to plead either
          state of incorporation, Plaintiff failed to allege diversity jurisdiction.
23        Therefore,
                **IT IS ORDERED** that by December 19, 2011, Plaintiff shall file an
24        amended complaint properly alleging federal subject matter jurisdiction or this
          case will be dismissed, without prejudice.
25   Doc. 16

26        Plaintiffs filed an amended complaint and alleged that the only remaining Defendant,

27   EMC Mortgage Corporation, became a limited liability company before the complaint in this

28   case was filed.  Plaintiff then alleges a state of "incorporation" and principal place of

1   business for the LLC.  However, as *Belleville Catering* holds, a limited liability company

2   takes on the citizenship of its members.  *See* Doc. 16; *see also Johnson v. Columbia*

3   *Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006).  Therefore, Plaintiffs have still

4   failed to plead diversity jurisdiction.  Accordingly,

5   **IT IS ORDERED** that by January 9, 2012, Plaintiffs shall file a second amended

6   complaint properly alleging Federal subject matter jurisdiction, or this case will be dismissed

7   without any further opportunities to amend.

8   DATED this 4th day of January, 2012.

9

10

11   _____

    James A. Teilborg
    United States District Judge